UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEJERRY POWELL,<br><br>   Plaintiff,<br><br>v.<br><br>KELLER et al.,<br><br>   Defendants. | Case No. 22-13084<br>Honorable Shalina D. Kumar<br>Magistrate Judge David R. Grand |

## OPINION AND ORDER OF DISMISSAL

Michigan prisoner DeJerry Powell filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. When he filed the complaint, Powell did not pay the required filing fee and administrative fee, nor did he apply to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2). Consequently, the Court issued a deficiency order requiring him to either pay the filing fee and administrative fee or submit a properly completed application to proceed without prepayment of the filing fee within 30 days – by January 26, 2023. The order provided that if he did not do so, the case would be dismissed.

Powell has not corrected the deficiency within the allotted time for doing so. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the complaint and closes this case.

**IT IS SO ORDERED**.

<u>s/Shalina D. Kumar</u>  
SHALINA D. KUMAR  
United States District Judge

Dated:   February 24, 2023